IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| MANUEL GUADIAN, | § | |
| Plaintiff, | § § § | |
| v. | § § | CAUSE NO. EP-25-CV-185-KC |
| CLEAR LEAD SOLUTIONS GROUP, | § § § | |
| Defendant. | § § | |

## ORDER

On this day, the Court considered Plaintiff Manuel Guadian's Notice of Voluntary Dismissal, ECF No. 5. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, the Court **ORDERS** that all of Plaintiff's claims in this case are **DISMISSED** without prejudice.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** this 20th day of June, 2025.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE